UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS TABI, | Case No. CV 17-1795 DMG(JC) |
| Plaintiff, | JUDGMENT |
| v. | |
| OFFICER MCCULLOUGH, et al., | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: December 21, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE