JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS TABI,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER MCCULLOUGH, et al.,<br><br>    Defendants. | Case No. CV 17-1795 DMG(JC)<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action without Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: August 22, 2019

                                                                             _____
                                                                              DOLLY M. GEE
                                                                              UNITED STATES DISTRICT JUDGE